UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                     Case No. 07-cr-182-01-SM

<u>Leon D. Rahaim</u>,
    Defendant

<u>O R D E R</u>

Defendant Rahaim's motion to continue the final pretrial conference and trial is granted (document no. 10). Defendant Rahaim has filed a Waiver of Speedy Trial. Trial has been rescheduled for the month of April 2008.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for March 21, 2008 at 11:30 a.m. in Room 421.

Jury selection will take place on April 1, 2008 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

January 17, 2008

cc: James D. Gleason, Esq.
Alfred Rubega, AUSA
U.S. Marshal
U.S. Probation